E-FILED: 07-02-2013
Link #15

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BOOLOON, INC., a Delaware Corporation, and QIN ZHANG, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE INC., a Delaware corporation; NICK MOTE, an individual; BOSTWICK & JASSY LLP, a California Limited Liability Partnership; GARY BOSTWICK, an individual; KEVIN VICK, an individual; RITA MILLER, an individual; RICHARD D. ALDRICH, an individual; H. WALTER CROSKEY, an individual; PATTI S. KITCHING, an individual; MATTHEW ST. GEORGE, an individual, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV-13-00024 PSG (PJWx)<br><br>Hon. Philip S. Gutierrez<br><br>**[~~PROPOSED~~] JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. This action is dismissed in its entirety.
2. Counts One through Twenty-One in the First Amended Complaint are dismissed WITH PREJUDICE.
3. Counts Twenty-Two through Twenty-Five in the First Amended Complaint are dismissed WITHOUT PREJUDICE.
4. Plaintiffs Booloon, Inc. and Qin Zhang shall take nothing.
5. Defendants are to recover their costs from Plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

**Date:** July 2, 2013

_PHILIP S. GUTIERREZ_
**Hon. Philip S. Gutierrez**
**Judge, U.S. District Court**

-2-

1  Respectfully submitted:
2   Dated:  June 28, 2013

BOSTWICK & JASSY LLP

By:  ___/s/  Jean-Paul Jassy_____

Attorneys for Defendants
Google Inc., Nick Mote, Bostwick &
Jassy LLP, Gary L. Bostwick, Jean-Paul
Jassy and Kevin L. Vick